# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NOLTE, CAROL

## DEFENDANTS
PUENTE NAZCO, ARMANDO; USA FREIGHT SYSTEMS, INC.; TRANSPORT FREIGHT, INC.

**(b)** County of Residence of First Listed Plaintiff: MONMOUTH COUNTY, New Jersey
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
NEIL DURKIN LAW OFFICE, LLC  (856) 330-6284
NEIL E. DURKIN, ESQ.
601 LONGWOOD AVENUE, Cherry Hill NJ 08002

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 863 DIWC/DIWW (405(g)) | |
| | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

Click here for: Nature of Suit Code Descriptions.

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USCA §1332 Diversity

Brief description of cause:
Motor vehicle crash

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ >150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 08/18/2021
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Carol Nolte 105 Bay Avenue, Atlantic Highlands, NJ 07716

Address of Defendant: Armando Puente Nazco, 7 Tattershall Rd, Greenville, SC 29605; US Freight Systems, Inc. 825 SW 44th Ave., Lot A, Miami, FL 33134; Transport Freight, Inc., 13120 SW 92nd Ave Apt B-118, Miami FL 33176

Place of Accident, Incident or Transaction: Greenwich Township, Berks County

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when **Yes** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/18/2021    _____/s/_____    PA 65265
                   Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases (Please specify): _____

B. **Diversity Jurisdiction Cases:**
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [✓] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury (Please specify): _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases (Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Neil E. Durkin, ESQ, counsel of record or pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 8/18/2021    _____/s/_____    PA 65265
                   Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL NOLTE<br>105 Bay Avenue<br>Atlantic Highlands, NJ 07716<br><br>vs.<br><br>ARMANDO PUENTE NAZCO<br>7 Tattershall Road<br>Greenville, SC 29605<br><br>and<br><br>USA FREIGHT SYSTEMS, INC.<br>825 SW 44th Ave., Lot A<br>Miami, FL 33134<br><br>and<br><br>TRANSPORT FREIGHT, INC<br>13120 SW 92nd Ave., Apt. B-118<br>Miami, FL 33176 | No. |

## COMPLAINT

1. Plaintiff Carol Nolte is an adult individual residing at 105 Bay Avenue, Atlantic Highlands, NJ 07716.

2. Defendant Armando Puente Nazco is an adult individual residing at 7 Tattershall Road, Greenville, SC, 29605.

3. Defendant USA Freight Systems, Inc., is a corporate entity with its principal place of business at 825 SW 44th Ave., Lot A, Miami FL, 33134.

4. Defendant Transport Freight, Inc., is a corporate entity with its principal place of business at 13120 SW 92th Ave., Apt B-118, Miami, FL 33176

### JURISDICTION AND VENUE

5. This court has jurisdiction of this action pursuant to 28 U.S.C.A. §1332 in that the

Plaintiff and Defendants are citizens of diverse states. Plaintiff is a citizen of New Jersey. Defendant Puente Nazco is a citizen of South Carolina and Defendants USA Freight Systems, Inc., and Transport Freight, Inc., are corporations based in Florida.

6. The amount in controversy exceeds One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interest and costs.

7. Venue is proper under 28 U.S.C.A. §1391 in that the events or omissions giving rise to this claim occurred in Greenwich Township, Berks County, Pennsylvania.

## JURY DEMAND

8. Plaintiff demands Trial by Jury on all issues.

## COUNT ONE
## NOLTE v. PUENTE NAZCO

9. On October 14, 2019, Plaintiff Carol Nolte was the operator of a motor vehicle traveling westbound on I-78 in Greenwich Township.

10. As plaintiff slowed for traffic ahead, her vehicle was struck from behind by a tractor trailer operated by Defendant Armando Puente Nazco causing serious injury to plaintiff.

11. The negligence and carelessness of Defendant Puente Nazco consisted of the following acts or omissions to act:

    a. striking a vehicle from behind;

    b. failing to keep a proper lookout;

    c. driving in a careless and dangerous manner;

    d. being an inattentive driver; and

    e. failing to properly observe other traffic on the roadway

12. The negligence and carelessness of Defendant as set forth above, was the proximate cause of the injuries sustained by the Plaintiff and such injuries were due, in no way, to any act or

failure to act on part of the Plaintiff.

13. As a direct and proximate result of the negligence of the Defendant, Plaintiff suffered severe and serious injuries, including but not limited to: injuries to her spine, ambulation dysfunction, and other injuries, all of which are permanent in nature and all to her great detriment and loss, financial and otherwise.

14. As a further direct and proximate result of the negligence of Defendant, Plaintiff has in the past and may, into the indefinite future, endure pain, suffering, loss of life's pleasures, inconvenience, mental anguish, emotional distress, scarring, embarrassment and humiliation, all to her great detriment and loss, financial and otherwise.

15. As a further direct and proximate result of the negligence of Defendant, Plaintiff has been, and will into the indefinite future, be prevented from engaging in her normal and customary duties and activities, all to her great detriment and loss.

16. As a further direct and proximate result of the negligence of Defendant, Plaintiff has in the past, and may into the indefinite future, incur expenses for doctor, hospital, and nursing care along with medicines and other medical care, all to her detriment and loss, financial and otherwise.

17. As a further direct and proximate result of the negligence of the Defendant, Plaintiff has suffered a loss of earnings and earnings capacity.

**WHEREFORE**, Plaintiff Carol Nolte demands judgment against Defendant Armando Puente Nazco for damages in an amount in excess of the federal arbitration limits together with such other relief as the law may allow.

## COUNT TWO
### NOLTE v. USA FREIGHT SYSTEMS, INC

18. The allegations of the preceding paragraphs are incorporated into this count as though set forth at length.

19. At all relevant times, Defendant USA Freight Systems, Inc, was the employer of Defendant Puente Nazco.

20. Defendant USA Freight Systems, Inc is responsible for the acts and omissions of Defendant Puente Nazco under the doctrines of agency, master and servant, respondeat superior and vicarious liability.

21. As a result of the negligence and carelessness of Defendant Puente Nazco for which Defendant USA Freight Systems, Inc., is responsible, Plaintiff sustained the injuries detailed above.

**WHEREFORE**, Plaintiff Carol Nolte demands judgment against Defendant USA Freight Systems, Inc., for damages in an amount in excess of the federal arbitration limits together with such other relief as the law may allow.

## COUNT TWO
### NOLTE v. TRANSPORT FREIGHT, INC.

22. The allegations of the preceding paragraphs are incorporated into this count as though set forth at length.

23. At all relevant times, Defendant Transport Freight, Inc., was the employer of Defendant Puente Nazco.

24. Defendant Transport Freight, Inc., is responsible for the acts and omissions of Defendant Puente Nazco under the doctrines of agency, master and servant, respondeat superior and vicarious liability.

25. As a result of the negligence and carelessness of Defendant Puente Nazco for which Defendant Transport Freight, Inc., is responsible, Plaintiff sustained the injuries detailed above.

WHEREFORE, Plaintiff Carol Nolte demands judgment against Defendant Transport Freight, Inc., for damages in an amount in excess of the federal arbitration limits together with such other relief as the law may allow.

NEIL DURKIN LAW OFFICE, LLC

By: _____
Neil E. Durkin, Esquire

Dated: 8/18/2021